FILED

08/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0294

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 22-0294

_____

CARL DOWLER, as personal representative of the Estate of MELISSA
DOWLER, and ASHLEY DOWLER,
    Plaintiffs-Appellants,

      v.

NATIONWIDE MUTUAL INSURANCE COMPANY and DARLENE LESAGE,
    Defendants-Appellees.

_____

**GRANT OF EXTENSION**

_____


Upon consideration of Appellants' unopposed motion for extension of time,

and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellants are granted an extension of time

to and including September 14, 2022, within which to prepare, file, and serve their

opening brief on appeal.


Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 8 2022